UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

CIVIL ACTION NO. 3:16-cv-188-GNS

| | |
|---|---|
| RAYMOND JACKSON | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No.: |
| | ) |
| ARROW MOVING AND STORAGE, INC.., *et al.* | ) |
| | ) |
| Defendants | ) |

\*\*\*\*\*\*
### NOTICE OF REMOVAL

The Defendants, Arrow Moving and Storage, Inc, and Henry Bernard Neutz, by and through counsel and pursuant to 28 U.S.C. § 1441, *et seq*., respectfully petitions for removal of this case to the United States District Court for the Western District of Kentucky. In support of this Petition for Removal, Defendants state as follows:

1. On or about March 9, 2016, Plaintiff Raymond Jackson, instituted a civil action in Jefferson Circuit Court styled *Raymond Jackson v. Arrow Moving and Storage, Inc. and Henry Bernard Neutz A/K/A Harry Bernard Neutz,* Jefferson County Circuit Court, Division Seven, Civil Action No. 16-CI-001113 (hereinafter "the State Court Action").

2. The State Court Action Summons and Complaint was served upon the Defendant, Arrow Moving and Storage, Inc., on March 11, 2016, and upon Henry Bernard Neutz on March 17, 2016. A true and accurate copy of the Summons and Complaint served in the State Court Action are attached to this Notice as **Exhibit 1**, pursuant to 28 U.S.C. § 1446(a).

3. This Notice of Removal is being filed within thirty (30) days from the date Defendants were served with the Summons and Complaint in the State Court Action, pursuant to 28 U.S.C § 1446(b). Accordingly, this Notice is timely filed.

4. This action is removable pursuant to 28 U.S.C. §§ 1331 and 1441 because the State Court Action is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as described below.

5. Plaintiff has alleged claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* (Plaintiff's Complaint at ¶¶ 22, 23, 25, 37-39.)

6. Plaintiff's Complaint makes several claims against the Defendants, including "willful violation of FLSA" for "knowingly, willfully, and intentionally" failing to "pay overtime pay at a rate one and one-half times the regular rate for hours worked in excess of forth (40) hours a week, in violation of 29 U.S.C. § 207(a)(1)." (Plaintiff's Complaint at ¶¶ 38, 39

7. Federal district courts have original jurisdiction of all civil actions arising under the laws of the United States. In accordance with 28 U.S.C. § 1331, jurisdiction of this Court is satisfied by Plaintiff's allegations of violations of 29 U.S.C. § 201, *et seq.*

8. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the state claims alleged in Plaintiff's Complaint, and those claims are so related to the claims over which this Court has original jurisdiction that it forms part of the same case or controversy under Article III of the United States Constitution.

9. In accordance with 28 U.S.C. § 1441(a), venue of the removed action lies in the United States District Court for the Western District of Kentucky, Louisville Division, because the state court action was filed within this judicial district and division.

10. Pursuant to 28 U.S.C. § 1446(d), Defendants are serving written notice of the filing of this Notice of Removal upon the Plaintiff, and will file the Notice of Filing of the Notice of Removal (a copy of which is attached as **Exhibit 2)** with the clerk of the Jefferson Circuit Court.

11. Defendants have not attempted to litigate this case in state court or taken any action that could be construed as a waiver of its right of removal.

12. By removing the above-captioned case to this Court, the Defendants do not waive any available defenses.

13. This Notice has been signed by the undersigned pursuant to Federal Rules of Civil

Procedure 11, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendants Arrow Moving and Storage, Inc. and Henry Bernard Neutz pray that the above-entitled action be removed from Jefferson Circuit Court to this Court.

Respectfully Submitted,

_/s/ Katherine T. Reisz_____
MIDDLETON REUTLINGER
Loren T. Prizant
Katherine T. Reisz
2600 Brown & Williamson Tower
401 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-1135
lprizant@middletonlaw.com
kreisz@middletonlaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and exact copy of the foregoing was served by U.S. mail, first-class postage prepaid on this 28th day of March 2016, to the following:

Patricia A. Abell
Attorney at Law
101 N. 7th Street
Louisville, KY 40202
pabell@patriciaabell.com

_/s/ Katherine T. Reisz_____
*Counsel for Defendants*