UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| RAYMONDJACKSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No.: 3:16-CV-188-GNS |
| ) | |
| ARROW MOVING AND STORAGE, ) | |
| INC., *et al.* | |
| ) | |
| Defendants ) | |

\*\*\*\*\*\*
**<u>STIPULATION OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to this action, Plaintiff Raymond Jackson, and Defendants Arrow Moving and Storage, Inc. and Harry Bernard Neutz a/k/a Henry B. Neutz, that all claims asserted by the respective parties in this matter are hereby dismissed with prejudice.

AGREED TO BY:

/s/ Patricia A. Abell w/permission
Patricia A. Abell
Attorney at Law
101 N. 7th Street
Louisville, KY 40202
pabell@patriciaabell.com
*Counsel for Plaintiff*


/s/ Loren T. Prizant
Loren T. Prizant
Katherine T. Reisz
MIDDLETON REUTLINGER
401 S. Fourth Street
Suite 2600
Louisville, Kentucky 40202
Telephone: (502) 584-1135
lprizant@middletonlaw.com
kreisz@middletonlaw.com
*Counsel for Defendants*